UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

EXXON MOBIL OIL CORPORATION,          )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )          No.:   3:05-CV-102
                                      )                 (VARLAN/SHIRLEY)
MICHAEL F. THOMAS, d/b/a              )
FINISH LINE ENTERPRISES,              )
                                      )
                    Defendant.        )


## JUDGMENT OF DECISION BY THE COURT

This civil action came before the Court, Honorable Thomas A. Varlan, United States

District Judge, presiding.  The issues having been heard and a decision having been rendered,

It is **ORDERED** and **ADJUDGED** that plaintiff, Exxon Mobil Oil Corporation,

recover of the defendant, Michael F. Thomas, d/b/a Finish Line Enterprises, the sum of

$184,792.86, plus costs and interest according to law from the date of this judgment until the

entire amount is paid.

Dated at Knoxville, Tennessee, this __ day of December 2006.



                        _____/s/  Patricia L. McNutt_____
                              PATRICIA L. McNUTT
                              CLERK OF COURT